IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEWIS EDWARD SPARKS, | PRISONER CIVIL RIGHTS |
| Plaintiff, | 42 U.S.C. §1983 |
| v. | |
| TRAVIS D. THOMAS; et al., | CIVIL ACTION FILE NO. |
| Defendants. | 1:26-CV-2348-MHC-JKL |

**ORDER FOR SERVICE OF REPORT AND RECOMMENDATION**

Attached is the report and recommendation of the United States Magistrate

Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil

Local Rule 72.  The Report and Recommendation of the United States Magistrate

Judge, made in accordance with 28 U.S.C. §636(b)(1) and this Court's Local Rule

72, has been filed.  The Report and Recommendation and a copy of this Order shall

be served upon counsel for the parties.

Pursuant to 28 U.S.C. §636(b)(1)(C), within fourteen (14) days of service of

this Order, each party may file written objections, if any, to the Report and

Recommendation.  If objections are filed, they shall specify with particularity the

alleged error or errors made (including reference by page number to the transcript

if applicable) and shall be served upon the opposing party.  Under this Court's

local rules, **"[a]bsent prior permission of the Court, objections and any responses thereto are limited in length to twenty-five (25) pages."** LR 72.1(E), NDGa.

The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and any appellate review of the factual and legal findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983); 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the time period stated above.

**IT IS SO ORDERED** this 4th day of May, 2026.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

3